UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVENS NEPTUNE,
A-244-150-744

          Petitioner,

   v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY,

          Respondent.

No.  1:26-cv-01130-DAD-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court are Petitioner's motion to proceed in forma pauperis, ECF No. 9, and motion for appointment of counsel, ECF No. 10.

The Court previously granted Petitioner's original motion to proceed in forma pauperis, ECF No. 6, and therefore will deny the pending motion, ECF No. 9, as moot. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for Petitioner and Petitioner's motion for appointment of counsel will be granted.  In light of this appointment, the undersigned will vacate the deadline for Petitioner's reply, as set in ECF No. 6, and reset it herein.

/ / /

/ / /

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.      Petitioner's motion to proceed in forma pauperis, ECF No. 9, is DENIED AS MOOT.

2.      Petitioner's motion to appoint counsel, ECF No. 10, is GRANTED and The Federal Defender is appointed to represent Petitioner.

3.      The Clerk of the Court shall serve a copy of this order, along with a copy of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment.

4.      Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel will be added as counsel for Petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

5.      The deadline for Petitioner's reply, as set in ECF No. 6, is VACATED;

6.      Petitioner's reply, if any, is due on or before 14 days from the date of this order.

Dated:  March 24, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2